**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| STEPHEN KNOWLES, TRUSTEE, BRICKLAYERS OF INDIANA RETIREMENT PLAN, BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND, BAC 4 IN/KY APPRENTICESHIP & TRAINING PROGRAM, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS 4 LOCAL OF INDIANA & KENTUCKY, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) No. 1:23-cv-477-JMS-MG |
| | ) |
| v. | ) |
| | ) |
| SUPERIOR INSULATION CO. LLC, an Indiana domestic Limited Liability Company, | ) ) |
| | ) |
| Defendant. | ) |

**AGREED STIPULATION OF DISMISSAL**

The parties having so stipulated, the above-captioned cause of action is hereby dismissed with prejudice for the audit period January 1, 2019 through March 31, 2023. Each party will bear its own respective attorney's fees and costs without reimbursement.


/s/ Donald D. Schwartz
Donald D. Schwartz
Arnold and Kadjan, LLP
35 East Wacker Drive, Suite 600
Chicago, IL 60601
312-236-0415
Attorney for Plaintiffs

/s/ David J. Theising
David J. Theising
Harrison & Moberly, LLP
8335 Keystone Crossing, Suite 220
Indianapolis, IN 46240
317-639-4511
Attorney for Defendant


Dated: May 26, 2023

JUDGE, United States District Court